**1:22-CR-00058**

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 20 GJ 50 | DATE | FEBRUARY 1, 2022 |
| CASE TITLE | U.S. v. DONALD HENKEL | | |

DOCKET ENTRY TEXT

# UNDER SEAL

### Grand Jury Proceeding

The Grand Jury for **SPECIAL MAY 2021** the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Maria Valdez_

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.
THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT ONE (1) COPY OF THE ARREST WARRANT BE PROVIDED TO ASSISTANT U.S. ATTORNEY ASHLEY CHUNG (ASHLEY.CHUNG@USDOJ.GOV) AND TO INVESTIGATING LAW ENFORCEMENT AGENTS, SPECIAL AGENTS DAVE WHITE (DGWHITE@FBI.GOV) AND BRIAN BRUSOKAS (BCBRUSOKAS@FBI.GOV), IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANT.

THIS INFORMATION IS TO REMAIN SEALED UNTIL THE DEFENDANT IS ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _Maria Valdez_ (ONLY IF FILED UNDER SEAL)
or MAGISTRATE JUDGE

Courtroom Deputy Initials: _LP_



**FILED**
2/1/2022
AK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**JUDGE BUCKLO**
**MAGISTRATE JUDGE FINNEGAN**

Page 1 of 1