# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:22−cr−00058
Honorable Elaine E. Bucklo

Donald Henkel, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 12, 2023:

MINUTE entry before the Honorable Elaine E. Bucklo,as to Donald Henkel, Mark Henkel, Raymond Paparella: The Court has reviewed the joint status report. An in−person Status hearing set for 1/17/2024 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time from 12/12/2023 to 1/17/2024 pursuant to 18:3161(h)(7)(A)(B). Defendant Raymond Paparella's motion to terminate representation [67] is granted. Attorney Ryan J Levitt is terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.