UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>DONALD HENKEL<br>   a/k/a "D.B. Henkel,"<br>   a/k/a "Donavan Kelly,"<br>   a/k/a "Bruce Kelly,"<br>MARK HENKEL, and<br>RAYMOND PAPARELLA | Case No. 22 CR 58<br><br>Judge Elaine E. Bucklo |

**JOINT STATUS REPORT AND**
**GOVERNMENT'S UNOPPOSED MOTION TO EXCLUDE TIME**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and defendants Donald Henkel, Mark Henkel, and Raymond Paparella, hereby respectfully submit this joint status report as directed by the Court (Dkt. 72):

**A.    Discovery**

1.    The government continues to comply with all discovery obligations.

**B.    Pretrial Motions**

2.    The defense will determine whether to file pretrial motions.

**C.    Plea Negotiations**

3.    Donald Henkel intends to plead, but the parties need additional time to finalize issues relating to his plea.

4.    On May 20, 2024, counsel for Mark Henkel filed a motion to withdraw from the case. Dkt. 75. The motion has been noticed for June 28, 2024, before this Court. Dkt. 76.

**D.     Trial Date**

5.     All three defendants are presently set for trial, beginning January 6, 2025.

**E.     Status Report or Hearing**

6.     Counsel for Donald Henkel as well as counsel for the government request that a further status report be filed in approximately 30 days. The parties will contact the Court to the extent they are ready to request a date for a change of plea hearing.

7.     Counsel for Mark Henkel awaits this Court's ruling on his motion to withdraw, and, if the motion is granted, expects that Mark Henkel will need court-appointed new counsel.

8.     Counsel for Raymond Paparella and counsel for the government expect that Raymond Paparella will proceed to trial.

**F.     Speedy Trial Act**

9.     Time has been excluded through the trial date of January 6, 2025, pursuant to Title 18, United States Code, Section 3161(h)(7).

Dated: June 7, 2024                                  Respectfully submitted,

                                                                  MORRIS PASQUAL
                                                                  Acting United States Attorney

                                              By:     */s/ Ashley A. Chung*
                                                          ASHLEY A. CHUNG
                                                          Assistant United States Attorney
                                                          United States Attorney's Office
                                                          219 South Dearborn Street
                                                          Chicago, Illinois 60604
                                                          (312) 697-4089