**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                            Case No.: 1:22−cr−00058
                                                              Honorable Elaine E. Bucklo

Donald Henkel, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 16, 2026:

     MINUTE entry before the Honorable Elaine E. Bucklo as to Donald Henkel, Mark Henkel, and Raymond Paparella: Defendant's motion to appoint expert [132] is granted. Agreed Motion to Continue Pretrial Deadlines [134] is granted. Motions in limine and pretrial materials are extended to and due by 1/21/2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.