# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, __Angela Sera-Shroat__, am employed by
(name)

__DFCU Financial__.
(name of entity)

My official title is __Records Management Specialist__. As part of my duties as a
(title)

__Record management specialist__, I am familiar with the records that __DFCU Financial__,
(title)                                                                              (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by __DFCU Financial__ in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of __DFCU Financial__:
(name of entity)

I further certify that:  *List documents* __monthly statements, signature cards, deposit items, cashier checks, and cancelled checks__

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

__Angela Sera-Shroat__
Signature

Executed on this __15th__ day of __September__, __2020__.
(day)              (month)              (year)

at __Dearborn__, __Michigan__.
(city)              (state)